UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ARTHUR VAUGHN HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2:22-cv-00309-JAW |
| v. | ) |
| | ) |
| HONORABLE JUDGE | ) |
| ROBERT SEGAL, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING
RECOMMENDED DECISION**

The United States Magistrate Judge filed with the Court on October 17, 2022, his Recommended Decision. *Report and Recommended Decision* (ECF No. 3). Mr. Harris did not file any objection. The Court reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record, and the Court made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and the Court concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision and determines that no further proceeding is necessary.

The Court AFFIRMS the Recommended Decision of the Magistrate Judge (ECF No. 3) and thereby ORDERS that the Plaintiff's complaint (ECF No. 1) be transferred to the United States district Court for the Middle District of Florida, Orlando Division.

SO ORDERED.

                                <u>/s/ John A. Woodcock, Jr.</u>
                                JOHN A. WOODCOCK, JR.
                                UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2022